EDWARD H. VAN INGEN, Respondent, *v.* THE STAR COMPANY, Appellant.

*Van Ingen* v. *Star Co.*, 1 App. Div. 429, affirmed.
(Argued October 21, 1898; decided November 22, 1898.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the first judicial department, entered respectively February 21 and 11, 1896, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*John Notman* for appellant.

*Walter S. Logan* for respondent.

Judgment and order affirmed, with costs, on opinion below. All concur, except MARTIN, J., not sitting.

---

OSCAR B. DAVIS, Respondent, *v.* HILTON BRIDGE CONSTRUCTION COMPANY, Appellant.

*Davis* v. *Hilton Bridge Construction Co.*, 2 App. Div. 615, affirmed.
(Argued October 24, 1898; decided November 22, 1898.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 11, 1896, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Charles S. Baker* for appellant.

*George D. Reed* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.